**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____     Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Tailwind Air Service, LLC |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 46-1188210 |

| | |
|---|---|
| **4.** | **Debtor's address** |

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 2033 Stephanie Marie Drive<br>Falls Church, VA 22043 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Fairfax | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

**6.**   **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Tailwind Air Service, LLC                                    Case number (if known) _____
          Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Debtor    Tailwind Air Service, LLC                                     Case number (*if known*) _____
          Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
          Contact name   _____
          Phone          _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49          ☐ 1,000-5,000         ☐ 25,001-50,000
☒ 50-99         ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000       ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☒ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50   million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50   million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | Tailwind Air Service, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     January 15, 2026
            MM / DD / YYYY

**X** /s/ Alan Ram                          Alan Ram
Signature of authorized representative of debtor         Printed name

Title    Manager

---

**18. Signature of attorney**

**X** /s/ Kevin ODonnell                Date   January 15, 2026
Signature of attorney for debtor                   MM / DD / YYYY

Kevin ODonnell
Printed name

Henry and ODonnell PC
Firm name

300 N Washington Street Suite 604
Alexandria, VA 22314
Number, Street, City, State & ZIP Code

Contact phone    (703) 861-2662      Email address    kmo@henrylaw.com

VA
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name  Tailwind Air Service, LLC

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒  *Schedule H: Codebtors* (Official Form 206H)
☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 15, 2026        **X** /s/   Alan Ram
                                      Signature of individual signing on behalf of debtor

                                      Alan Ram
                                      Printed name

                                      Manager
                                      Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Tailwind Air Service, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alliance Aviation Group 76 Westminster St. Suite 400 Providence, RI 02903 | | Flight Deposits | | | | $30,775.00 |
| American Express P.O. Box 1270 Newark, NJ 07101-1270 | | Credit card purchases | | | | $228,680.44 |
| American Express P.O. Box 1270 Newark, NJ 07101-1270 | | Credit card purchases | | | | $60,304.20 |
| Boston Launch Company LLC 1 8th St Charlestown, MA 02129 | | Trade Account | | | | $49,999.98 |
| D & Y Finest Detailing Inc 2 Hangar Rd West Harrison, NY 10604 | | Trade Account | | | | $27,700.00 |
| Department of the Treasury Internal Revenue Service Federal Excise Tax Ogden, UT 84201-0009 | | Federal Excise Tax | | | | $64,437.00 |
| Fullling Mill, LLC C/O Coviello, Weber, Dahill LLP 707 Westchester Ave., Suite 300 West Harrison, NY 10604 | | Management Deposit | | | | $42,450.56 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

| Debtor | Tailwind Air Service, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gogo Business Aviation LLC 105 Edgeview Dr Ste 300 Broomfield, CO 80021-8016 | | Trade Account | | | | $38,439.21 |
| Inline Aviation Group, LLC 184 Airport Road West Harrison, NY 10604 | | Trade Account | | | | $213,125.88 |
| Jim Hunt 2026 Franklin Avenue Mc Lean, VA 22101 | | Business loans | | | | $126,798.19 |
| JLA Equipment, LLC C/O Seelig, Dressler, Ochani, LLC 190 Jericho Tpke Mineola, NY 11501 | | Management Deposits | | | | $59,428.89 |
| Lydon Fetterolf Corydon 9401 Key West Avenue Rockville, MD 20850 | | Open Account | | | | $260,388.00 |
| Maple Aviation 170 East End Ave., Apt. 15C New York, NY 10218 | | Management Deposits | | | | $71,278.37 |
| Owl Creek Investments III, LLC 640 Fifth Avenue 20th Floor New York, NY 10019 | | Trade Account | | | | $791,000.00 |
| TBM700 PV, LLC 31 Rockwood Lane Greenwich, CT 06830 | | Management Deposits | | | | $46,924.30 |
| TBM940, LLC 47 Round Hill?Road Greenwich, CT 06831 | | Flight Deposits | | | | $29,867.73 |
| US Aerial Services, Inc 675 Henry DeCinque Blvd, Hangar 5 Woodbine, NJ 08270 | | Trade Account | | | | $65,313.20 |
| Wen Barker 36 Barton Lane Cos Cob, CT 06807 | | Business loan | | | | $162,266.66 |
| West Star Aviation 2 Airline Court East Alton, IL 62024 | | Trade Account | | | | $103,361.42 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor    Tailwind Air Service, LLC
_____    Case number *(if known)*    _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wilson, Kenneth 22795 Valley Preserve Court Ashburn, VA 20148 | | Business Loan | | | | $159,972.37 |

**Fill in this information to identify the case:**

Debtor name ___Tailwind Air Service, LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF VIRGINIA___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ _____0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $ _____0.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ ___1,036,362.48

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ ___64,437.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ ___4,867,498.23

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b                                                                      $ ___5,968,297.71

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Tailwind Air Service, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
|---|---|---|---|
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |

|  | 3.1. | Truist Bank | Checking | 1200 | $0.00 |
|---|---|---|---|---|---|

| 4. | **Other cash equivalents** *(Identify all)* |
|---|---|

| 5. | **Total of Part 1.** | | |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | $0.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

| 11. | **Accounts receivable** |
|---|---|

| | 11b. Over 90 days old: | 1,469,196.00 | - | 1,469,196.00 | =.... | Unknown |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Debtor    Tailwind Air Service, LLC                                Case number *(If known)* _____
_____
Name

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.   Copy the total to line 82. | $0.00 |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | Tailwind Air, LLC, 100% Owned | 100% membe    % | Unknown |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

| 17. | **Total of Part 4.** | |
|---|---|---|
| | Add lines 14 through 16.   Copy the total to line 83. | $0.00 |

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Tailwind Air Service, LLC                                     Case number *(If known)* _____
_____
Name

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** www.flytailwind.com domain name | $0.00 | | Unknown |
| 62.  **Licenses, franchises, and royalties** FAA Seaplane Base MA 17 Permit/License | $0.00 | | Unknown |
| 63.  **Customer lists, mailing lists, or other compilations** Charter and management customers | $0.00 | | Unknown |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor ___Tailwind Air Service, LLC_____    Case number *(If known)* _____
         Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

---

## Customer Balance Detail Report
### Tailwind Air Service, LLC
#### As of December 31, 2024

| | Date | Transaction type | Num | Business full name | Due date | Open balance |
|---|---|---|---|---|---|---|
| **Aegis Capital** | | | | | | |
| | 02/28/2022 | Invoice | MBFG50 | | 03/30/2022 | 1,848.00 |
| **Total for Aegis Capital** | | | | | | **$1,848.00** |
| **Airacer Inc** | | | | | | |
| | 09/30/2022 | Invoice | SNR3EQ | Tailwind Seaplane | 10/30/2022 | 350.00 |
| | 10/31/2022 | Invoice | 78CLPT | Tailwind Seaplane | 11/30/2022 | 350.00 |
| | 11/30/2022 | Invoice | MBHQV10 | Tailwind Seaplane | 12/30/2022 | 350.00 |
| | 12/31/2022 | Invoice | November 2022 44 | Tailwind Seaplane | 01/30/2023 | 350.00 |
| | 01/31/2023 | Invoice | December 2022 41 | Tailwind Seaplane | 03/02/2023 | 350.00 |
| | 02/28/2023 | Invoice | 138N13Z | Tailwind Seaplane | 03/30/2023 | 350.00 |
| | 03/31/2023 | Invoice | ZWZZI13 | Tailwind Seaplane | 04/30/2023 | 350.00 |
| | 04/30/2023 | Invoice | March 2023 48 | Tailwind Seaplane | 05/30/2023 | 350.00 |
| | 05/31/2023 | Invoice | 15T14SE | Tailwind Seaplane | 06/30/2023 | 350.00 |
| | 06/30/2023 | Invoice | JRKAJ10 | Tailwind Seaplane | 07/30/2023 | 350.00 |
| | 07/31/2023 | Invoice | UEHR57 | Tailwind Seaplane | 08/30/2023 | 350.00 |
| | 08/31/2023 | Invoice | 6LYEJ16 | Tailwind Seaplane | 09/30/2023 | 350.00 |
| | 09/30/2023 | Invoice | KT7K90 | Tailwind Seaplane | 10/30/2023 | 350.00 |
| | 10/31/2023 | Invoice | Sept 10 23 24 | Tailwind Seaplane | 11/30/2023 | 350.00 |
| | 11/30/2023 | Invoice | O17SZQ | Tailwind Seaplane | 12/30/2023 | 350.00 |
| | 12/31/2023 | Invoice | HSF13NO | Tailwind Seaplane | 01/30/2024 | 350.00 |
| | 01/31/2024 | Invoice | 4IJR11X | Tailwind Seaplane | 03/01/2024 | 350.00 |
| | 02/29/2024 | Invoice | TV13PDM | Tailwind Seaplane | 03/30/2024 | 350.00 |
| | 03/31/2024 | Invoice | IC100TC | Tailwind Seaplane | 04/30/2024 | 350.00 |
| | 04/30/2024 | Invoice | GT8ZF9 | Tailwind Seaplane | 05/30/2024 | 350.00 |
| | 05/31/2024 | Invoice | April 08 42 | Tailwind Seaplane | 06/30/2024 | 350.00 |
| | 06/30/2024 | Invoice | MCTWT1 CP 33 | Tailwind Seaplane | 07/30/2024 | 350.00 |
| | 07/31/2024 | Invoice | MCTWT1 CP 59 | Tailwind Seaplane | 08/30/2024 | 350.00 |
| | 08/31/2024 | Invoice | MCTWT1 CP 75 | Tailwind Seaplane | 09/30/2024 | 350.00 |
| | 09/30/2024 | Invoice | MCTWT1 CP 89 | Tailwind Seaplane | 10/30/2024 | 350.00 |
| **Total for Airacer Inc** | | | | | | **$8,750.00** |
| **ArcLight Capital Partners** | | | | | | |
| | 02/15/2022 | Invoice | 5CSETP | | 03/17/2022 | 6,600.00 |
| **Total for ArcLight Capital Partners** | | | | | | **$6,600.00** |
| **Axilrod** | | | | | | |
| | 06/21/2021 | Invoice | | | 07/21/2021 | 13,000.00 |
| | 11/21/2021 | Invoice | USWSPG | | 12/21/2021 | 14,500.00 |
| **Total for Axilrod** | | | | | | **$27,500.00** |
| **Binz Construction** | | | | | | |
| | 12/31/2022 | Invoice | XBK86F | Tailwind Management | 01/30/2023 | 8,863.43 |
| **Total for Binz Construction** | | | | | | **$8,863.43** |
| **Boone, T** | | | | | | |
| | 09/01/2022 | Invoice | K6DQG9 | | 10/01/2022 | 15,999.00 |
| **Total for Boone, T** | | | | | | **$15,999.00** |
| **Brinkman, G** | | | | | | |
| | 02/20/2022 | Invoice | VVOQO1 | | 03/22/2022 | 85,000.00 |
| **Total for Brinkman, G** | | | | | | **$85,000.00** |
| **Charter Flight Group** | | | | | | |
| | 05/09/2023 | Invoice | 131AR8 | | 06/08/2023 | 10.00 |
| | 05/26/2023 | Invoice | 53RCRI | | 06/25/2023 | 10,000.00 |
| | 07/29/2023 | Invoice | AGWG5K | | 08/28/2023 | 10,000.00 |
| | 03/12/2024 | Payment | | | 03/12/2024 | -10,000.00 |
| **Total for Charter Flight Group** | | | | | | **$10,010.00** |
| **Cohen, R** | | | | | | |
| | 07/17/2023 | Payment | | | 07/17/2023 | -226.00 |
| | 09/18/2023 | Payment | WIRE | | 09/18/2023 | -5,974.00 |
| **Total for Cohen, R** | | | | | | **-$6,200.00** |
| **Cronin Development** | | | | | | |
| | 07/25/2022 | Invoice | 07192022 | | 08/24/2022 | 10,000.00 |
| **Total for Cronin Development** | | | | | | **$10,000.00** |
| **David Smilow** | | | | | | |
| | 03/31/2022 | Invoice | Mar 22-16 | Tailwind Management | 04/30/2022 | 2,175.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total for David Smilow** | | | | | | **$2,175.00** |
| Diamond-TSS | | | | | | |
| | 05/31/2024 | Invoice | MCTWT1 CP 21 | | 06/30/2024 | 4,238.83 |
| | 06/30/2024 | Invoice | MCTWT1 CP 36 | Tailwind Management | 07/30/2024 | 4,000.00 |
| | 06/30/2024 | Invoice | MCTWT1 CP 44 | Tailwind Management | 07/30/2024 | 4,000.00 |
| | 06/30/2024 | Invoice | MCTWT1 CP 48 | | 07/30/2024 | 1,973.64 |
| | 07/31/2024 | Invoice | MCTWT1 CP 62 | Tailwind Management | 08/30/2024 | 4,000.00 |
| | 08/31/2024 | Invoice | MCTWT1 CP 78 | Tailwind Management | 09/30/2024 | 4,000.00 |
| | 09/30/2024 | Invoice | MCTWT1 CP 92 | Tailwind Management | 10/30/2024 | 4,000.00 |
| **Total for Diamond-TSS** | | | | | | **$26,212.47** |
| DOV Aviation, LLC | | | | | | |
| | 11/30/2022 | Invoice | OS20CEL | | 12/30/2022 | 8,922.45 |
| | 11/30/2022 | Invoice | 12132022-03 | | 12/30/2022 | 99.98 |
| | 02/28/2023 | Invoice | February 2023 17 | Tailwind Management | 03/30/2023 | 650.00 |
| **Total for DOV Aviation, LLC** | | | | | | **$9,672.43** |
| East Lake Jet Aviation | | | | | | |
| | 03/31/2022 | Invoice | Mar 22-17 | | 04/30/2022 | 7,958.98 |
| | 04/30/2022 | Invoice | May23 | Tailwind Management | 05/30/2022 | 600.00 |
| **Total for East Lake Jet Aviation** | | | | | | **$8,558.98** |
| Evans, C | | | | | | |
| | 11/22/2023 | Invoice | 59BPZ3 | | 12/22/2023 | 39,725.00 |
| | 11/26/2023 | Payment | | | 11/26/2023 | -22,573.55 |
| | 12/22/2023 | Invoice | XNQFEA | | 01/21/2024 | 275.00 |
| **Total for Evans, C** | | | | | | **$17,426.45** |
| ExecuJet | | | | | | |
| | 03/12/2023 | Invoice | Q2JZBP | | 04/11/2023 | 35,494.00 |
| **Total for ExecuJet** | | | | | | **$35,494.00** |
| Falcon 20 LLC | | | | | | |
| | 05/16/2022 | Payment | | Tailwind Management | 05/16/2022 | -3,400.00 |
| | 05/31/2022 | Invoice | May 2022 23 | | 06/30/2022 | 457.19 |
| | 06/30/2022 | Invoice | June 2022 17 | | 07/30/2022 | 602.90 |
| | 07/31/2022 | Invoice | July 2022 04 | Tailwind Management | 08/30/2022 | 22,556.90 |
| | 08/31/2022 | Invoice | August 2022 34 | Tailwind Management | 09/30/2022 | 525.00 |
| | 11/30/2022 | Invoice | 12132022-04 | | 12/30/2022 | 15,125.00 |
| | 05/31/2024 | Invoice | MCTWT1 CP 12 | | 06/30/2024 | -3,400.00 |
| **Total for Falcon 20 LLC** | | | | | | **$32,466.99** |
| Falcon Fleet Partners, LLC | | | | | | |
| | 12/31/2022 | Credit Memo | December 2022 27 | Tailwind Management | 12/31/2022 | -16.20 |
| | 12/31/2022 | Invoice | HBTWSZ  CP  68 | | 01/30/2023 | 10,610.31 |
| | 02/28/2023 | Invoice | February 2023 18 | Tailwind Management | 03/30/2023 | -133.64 |
| | 03/31/2023 | Invoice | March 2023 23 | Tailwind Management | 04/30/2023 | 32.80 |
| | 06/30/2023 | Invoice | June 2023 20 | Tailwind Management | 07/30/2023 | -1,139.90 |
| **Total for Falcon Fleet Partners, LLC** | | | | | | **$9,353.37** |
| Fischer, C | | | | | | |
| | 07/31/2022 | Invoice | VTBZA2  CP  97 | | 07/31/2022 | 1,000.00 |
| **Total for Fischer, C** | | | | | | **$1,000.00** |
| France, J. | | | | | | |
| | 11/30/2022 | Invoice | 0T14E5 | | 12/30/2022 | 111.00 |
| **Total for France, J.** | | | | | | **$111.00** |
| Fulling Mill CQ | | | | | | |
| | 08/23/2021 | Invoice | | | 09/22/2021 | 576.00 |
| **Total for Fulling Mill CQ** | | | | | | **$576.00** |
| Galaxy Investment Partners | | | | | | |
| | 12/01/2021 | Invoice | 9DQR6DADJ | Overhead | 12/31/2021 | 1,024.60 |
| **Total for Galaxy Investment Partners** | | | | | | **$1,024.60** |
| General American Asset Management | | | | | | |
| | 02/17/2023 | Invoice | January 2023 18 | | 03/19/2023 | 157.66 |
| | 02/28/2023 | Invoice | February 2023 19 | Tailwind Management | 03/30/2023 | 650.00 |
| | 03/31/2023 | Invoice | March 2023 24 | Tailwind Management | 04/30/2023 | 24,723.00 |
| **Total for General American Asset Management** | | | | | | **$25,530.66** |
| General Industries | | | | | | |
| | 01/03/2023 | Invoice | 8JMIT0 | | 02/02/2023 | 11,452.00 |
| **Total for General Industries** | | | | | | **$11,452.00** |
| Get Away Miles | | | | | | |
| | 08/31/2022 | Invoice | August 2022 35 | | 09/30/2022 | 888.00 |
| **Total for Get Away Miles** | | | | | | **$888.00** |

Gibson, K

| | | | | | |
|---|---|---|---|---|---|
| | 04/30/2022 | Invoice | May25 | | 05/30/2022 | 1,664.78 |

**Total for Gibson, K** — **$1,664.78**

Grey Ghost, LLC

| | | | | | |
|---|---|---|---|---|---|
| | 02/29/2024 | Invoice | Feb 24 11 | | 03/30/2024 | 8,577.45 |
| | 05/31/2024 | Invoice | MCTWT1 CP 27 | | 06/30/2024 | 26,848.46 |
| | 05/31/2024 | Invoice | MCTWT1 CP 51 | | 06/30/2024 | 3,885.24 |

**Total for Grey Ghost, LLC** — **$39,311.15**

H&L Ironworks Corporation

| | | | | | |
|---|---|---|---|---|---|
| | 12/31/2021 | Invoice | 33LCHX | Tailwind Management | 01/30/2022 | 17,462.84 |

**Total for H&L Ironworks Corporation** — **$17,462.84**

Independent Jets

| | | | | | |
|---|---|---|---|---|---|
| | 02/17/2024 | Invoice | 5RU3M4 | | 03/18/2024 | 161.00 |

**Total for Independent Jets** — **$161.00**

Isham, R.

| | | | | | |
|---|---|---|---|---|---|
| | 06/19/2023 | Invoice | 4E3NR5 | | 07/19/2023 | 4,951.64 |

**Total for Isham, R.** — **$4,951.64**

Island Hopper, LLC

| | | | | | |
|---|---|---|---|---|---|
| | 07/31/2021 | Invoice | 6224 | Tailwind Management | 08/30/2021 | 4,450.27 |
| | 08/31/2021 | Invoice | 6225 | Tailwind Management | 09/30/2021 | 9,357.52 |
| | 09/01/2021 | Invoice | | | 09/01/2021 | 2,051.00 |
| | 09/15/2021 | Invoice | 6235 | Tailwind Management | 10/15/2021 | 186.77 |
| | 09/30/2021 | Invoice | 6267 | Tailwind Management | 10/30/2021 | 3,074.00 |
| | 10/31/2021 | Invoice | 6IU9BW | Tailwind Management | 11/30/2021 | 965.00 |
| | 11/30/2021 | Invoice | Nov 21-8 | Tailwind Management | 12/30/2021 | 8,626.88 |
| | 03/31/2022 | Invoice | Mar 22-19 | Tailwind Management | 04/30/2022 | 775.00 |
| | 08/31/2022 | Invoice | August 2022 36 | Tailwind Management | 09/30/2022 | 25.00 |

**Total for Island Hopper, LLC** — **$29,511.44**

Jamestown, L.P.

| | | | | | |
|---|---|---|---|---|---|
| | 08/29/2021 | Invoice | | | 09/28/2021 | 4,407.97 |
| | 09/02/2021 | Invoice | | | 10/02/2021 | 6,532.00 |

**Total for Jamestown, L.P.** — **$10,939.97**

Jamison, S

| | | | | | |
|---|---|---|---|---|---|
| | 02/18/2022 | Invoice | UFI1QT | | 03/20/2022 | 21,942.00 |

**Total for Jamison, S** — **$21,942.00**

JETS.com

| | | | | | |
|---|---|---|---|---|---|
| | 11/23/2022 | Invoice | MBHQV1 | | 12/23/2022 | 5,457.50 |
| | 03/08/2023 | Payment | | | 03/08/2023 | -185.00 |
| | 03/09/2023 | Invoice | 6VWTR1 | | 04/08/2023 | 185.00 |

**Total for JETS.com** — **$5,457.50**

Jet The World

| | | | | | |
|---|---|---|---|---|---|
| | 03/25/2023 | Invoice | J7BHZL | | 04/24/2023 | 4,090.00 |

**Total for Jet The World** — **$4,090.00**

Koppenberg Management

| | | | | | |
|---|---|---|---|---|---|
| | 11/09/2023 | Payment | | Tailwind Management | 11/09/2023 | -1,658.79 |
| | 12/31/2023 | Invoice | A0O11ZF | | 01/30/2024 | 5,902.01 |
| | 05/31/2024 | Invoice | MCTWT1 CP 14 | | 06/30/2024 | -1,003.89 |

**Total for Koppenberg Management** — **$3,239.33**

Kozlik, I

| | | | | | |
|---|---|---|---|---|---|
| | 08/10/2021 | Invoice | | | 09/09/2021 | 10,743.00 |

**Total for Kozlik, I** — **$10,743.00**

Lagasse, C

| | | | | | |
|---|---|---|---|---|---|
| | 12/20/2022 | Invoice | AM5OFK | | 01/19/2023 | 20,963.00 |
| | 01/31/2023 | Invoice | | Tailwind Management | 03/02/2023 | 7,353.43 |
| | 03/31/2023 | Invoice | March 2023 25 | | 04/30/2023 | 392.40 |
| | 06/20/2023 | Invoice | N70CFI | | 07/20/2023 | 16,100.00 |
| | 12/20/2023 | Invoice | D4PU89 | | 01/19/2024 | 59,000.00 |

**Total for Lagasse, C** — **$103,808.83**

Lauder, J

| | | | | | |
|---|---|---|---|---|---|
| | 08/08/2023 | Invoice | 4C1FKP | | 09/07/2023 | 5,700.00 |

**Total for Lauder, J** — **$5,700.00**

Material Good

| | | | | | |
|---|---|---|---|---|---|
| | 02/17/2022 | Invoice | 021722-1 | Tailwind Management | 03/19/2022 | 18,625.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/17/2022 | Invoice | 021722-2 | Tailwind Management | 03/19/2022 | 18,625.00 |
| 02/17/2022 | Payment | | | 02/17/2022 | -37,250.00 |
| 06/17/2022 | Invoice | T2XPJP | | 07/17/2022 | 6,458.00 |
| 07/25/2022 | Invoice | ESFWGT | | 08/24/2022 | 4,730.00 |
| 08/01/2022 | Invoice | KYLCDA | | 08/31/2022 | 4,730.00 |

**Total for Material Good** — **$15,918.00**

Mattman And Robin, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/30/2023 | Invoice | Sept 10 23 13 | | 10/30/2023 | 2,895.40 |
| 12/01/2023 | Invoice | O31SZQ | Overhead | 12/31/2023 | 688.71 |
| 12/31/2023 | Invoice | 123123 7 | | 01/30/2024 | 17,905.97 |
| 01/01/2024 | Invoice | HSF28NO | Overhead | 01/31/2024 | 5,000.00 |
| 01/31/2024 | Invoice | Jan 24 07 | | 03/01/2024 | 21,977.10 |
| 02/01/2024 | Invoice | 4IJR20X | Overhead | 03/02/2024 | 5,000.00 |
| 02/29/2024 | Invoice | Feb 24 10 | | 03/30/2024 | 43,999.84 |
| 03/01/2024 | Invoice | TV22PDM | Overhead | 03/31/2024 | 5,000.00 |
| 03/04/2024 | Invoice | TXHQFV CP 1 | | 03/04/2024 | 6,000.00 |
| 03/21/2024 | Credit Memo | IC93TC | | 03/21/2024 | -2,895.40 |
| 03/29/2024 | Invoice | RHNCGR CP 2 | | 03/29/2024 | 10,500.00 |
| 03/31/2024 | Invoice | March 24 07 | | 04/30/2024 | 44,123.48 |
| 03/31/2024 | Invoice | GT8ZF1 CP 7 | | 03/31/2024 | 3,000.00 |
| 04/01/2024 | Invoice | IC108TC | Overhead | 05/01/2024 | 5,000.00 |
| 04/01/2024 | Invoice | GT8ZF1 CP 1 | | 04/01/2024 | 3,000.00 |
| 04/07/2024 | Invoice | DDEBII CP 3 | | 04/07/2024 | 3,000.00 |
| 04/08/2024 | Invoice | 7WRQ0J CP 4 | | 04/08/2024 | 3,000.00 |
| 04/08/2024 | Invoice | 7WRQ0J CP 5 | | 04/08/2024 | 1,500.00 |
| 04/30/2024 | Invoice | April 08 242 | | 05/30/2024 | 9,204.33 |
| 05/31/2024 | Invoice | MCTWT1 CP 26 | | 06/30/2024 | 19,476.68 |
| 06/30/2024 | Invoice | MCTWT1 CP 50 | | 07/30/2024 | 3,555.13 |
| 10/01/2024 00:00:00 a | Payment | | | | -8,000.00 |
| 08/30/2024 00:00:00 a | Payment | | | | -31,852.62 |

**Total for Mattman And Robin, LLC** — **$171,078.62**

MLDW Holdings, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/01/2019 | Invoice | 3793 | Tailwind Management | 01/31/2019 | 200.00 |
| 03/01/2019 | Invoice | 3694 | Jetas | 03/31/2019 | 1,000.00 |
| 03/01/2019 | Invoice | 3815 | Tailwind Management | 03/31/2019 | 200.00 |
| 03/31/2019 | Invoice | 3775 | | 04/30/2019 | 59.77 |
| 04/01/2019 | Invoice | 3767 | Jetas | 05/01/2019 | 1,000.00 |
| 07/17/2020 | Invoice | 4935 | Tailwind Management | 08/16/2020 | 15.00 |

**Total for MLDW Holdings, LLC** — **$2,474.77**

North Empire, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/01/2021 | Payment | | | 06/01/2021 | -10,000.00 |

**Total for North Empire, LLC** — **-$10,000.00**

Office of Senator Schumer

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/20/2022 | Invoice | 4KWZ0U | | 07/20/2022 | 3,789.85 |

**Total for Office of Senator Schumer** — **$3,789.85**

Perry, R

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/26/2023 | Invoice | Y5TLAQ | | 06/25/2023 | 12,500.00 |
| 08/31/2023 | Invoice | OEG0LQ | | 09/30/2023 | 6,145.00 |
| 11/03/2023 | Invoice | OEJS3Q | | 12/03/2023 | 8,850.00 |

**Total for Perry, R** — **$27,495.00**

Rajways, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/30/2023 | Invoice | June 2023 23 | Tailwind Management | 07/30/2023 | -6,959.91 |
| 04/15/2024 | Payment | | Tailwind Management | 04/15/2024 | -8,139.34 |

**Total for Rajways, LLC** — **-$15,099.25**

Rice, W

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/31/2022 | Invoice | December 2022 32 | | 01/30/2023 | 26,880.00 |

**Total for Rice, W** — **$26,880.00**

Rockland Aviation

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/31/2022 | Invoice | 84CLPT | Tailwind Management | 11/30/2022 | 5,000.00 |
| 10/31/2022 | Invoice | 0S33X8  CP  48 | | 10/31/2022 | 1,531.14 |
| 10/31/2022 | Invoice | October 2022 22 | Tailwind Management | 11/30/2022 | 14,548.95 |
| 11/30/2022 | Invoice | OS11CEL | | 12/30/2022 | 32,781.00 |
| 11/30/2022 | Invoice | November 2022 02 | Tailwind Management | 12/30/2022 | 21,591.14 |
| 12/31/2022 | Invoice | December 2022 15 | Tailwind Management | 01/30/2023 | 536.98 |
| 01/31/2023 | Invoice | January 2023 24 | Tailwind Management | 03/02/2023 | 724.00 |
| 02/28/2023 | Invoice | February 2023 21 | Tailwind Management | 03/30/2023 | 4,287.08 |

| | | | | | |
|---|---|---|---|---|---:|
| 03/31/2023 | Invoice | March 2023 26 | Tailwind Management | 04/30/2023 | 220.80 |
| 06/30/2023 | Invoice | June 2023 24 | Tailwind Management | 07/30/2023 | -3,181.62 |
| 12/31/2023 | Invoice | A0O13ZF | | 01/30/2024 | 2,056.45 |
| 05/31/2024 | Invoice | MCTWT1 CP 16 | | 06/30/2024 | -47.45 |

**Total for Rockland Aviation**                                                    **$80,048.47**

Sampas, G

| | | | | | |
|---|---|---|---|---|---:|
| 12/31/2020 | Invoice | 5901 | | 01/30/2021 | 548.90 |
| 02/28/2021 | Invoice | 6058 | | 03/30/2021 | 460.68 |

**Total for Sampas, G**                                                    **$1,009.58**

Shane Reynolds

| | | | | | |
|---|---|---|---|---|---:|
| 12/31/2021 | Invoice | 35LCHX | | 01/30/2022 | 163.28 |
| 08/31/2022 | Invoice | August 2022 37 | | 09/30/2022 | 7.70 |
| 12/31/2023 | Invoice | 37RE08 | Tailwind Management | 01/30/2024 | 14,231.84 |
| 12/31/2023 | Invoice | A0O14ZF | | 01/30/2024 | 12,794.26 |

**Total for Shane Reynolds**                                                    **$27,197.08**

STA Jets

| | | | | | |
|---|---|---|---|---|---:|
| 09/07/2023 | Payment | WIRE | | 09/07/2023 | -24,947.00 |
| 09/08/2023 | Invoice | NTV9CV | | 10/08/2023 | 24,386.00 |

**Total for STA Jets**                                                    **-$561.00**

Stoyanov, I

| | | | | | |
|---|---|---|---|---|---:|
| 10/03/2022 | Invoice | 75PXHQ | | 11/02/2022 | 3,000.00 |
| 10/03/2022 | Invoice | IMYKZ9 | | 11/02/2022 | 1,844.00 |
| 10/05/2022 | Payment | | | 10/05/2022 | -3,063.00 |
| 10/11/2022 | Invoice | | | 11/10/2022 | 1,314.00 |

**Total for Stoyanov, I**                                                    **$3,095.00**

Sutton Aviation

| | | | | | |
|---|---|---|---|---|---:|
| 07/10/2022 | Payment | | | 07/10/2022 | -30.00 |

**Total for Sutton Aviation**                                                    **-$30.00**

Tress Group

| | | | | | |
|---|---|---|---|---|---:|
| 12/09/2022 | Invoice | KRYXD6 | | 01/08/2023 | 4,450.00 |

**Total for Tress Group**                                                    **$4,450.00**

Tuchman, N

| | | | | | |
|---|---|---|---|---|---:|
| 01/31/2024 | Invoice | 4IJR9X | Tailwind Management | 03/01/2024 | 278.50 |
| 02/29/2024 | Invoice | TV11PDM | Tailwind Management | 03/30/2024 | 500.00 |
| 03/31/2024 | Invoice | IC98TC | Tailwind Management | 04/30/2024 | 500.00 |
| 08/31/2024 | Invoice | MCTWT1 CP 73 | Tailwind Management | 09/30/2024 | 500.00 |
| 09/30/2024 | Invoice | MCTWT1 CP 87 | Tailwind Management | 10/30/2024 | 500.00 |

**Total for Tuchman, N**                                                    **$2,278.50**

USA Upstar, LLC

| | | | | | |
|---|---|---|---|---|---:|
| 08/31/2022 | Invoice | October 2022 24 | Tailwind Management | 09/30/2022 | 2,267.46 |
| 09/30/2022 | Invoice | September 2022 05 | Tailwind Management | 10/30/2022 | 1,500.00 |
| 09/30/2022 | Invoice | September 2022 23 | Tailwind Management | 10/30/2022 | 41,362.75 |
| 10/31/2022 | Invoice | October 2022 11 | Tailwind Management | 11/30/2022 | 17,640.66 |
| 12/31/2022 | Invoice | December 2022 16 | | 01/30/2023 | 15,828.97 |
| 01/03/2023 | Invoice | WTJDL8 CP 20 | | 01/03/2023 | 3,000.00 |
| 01/08/2023 | Invoice | RHGJAC CP 21 | | 02/07/2023 | 3,000.00 |
| 01/31/2023 | Invoice | January 2023 28 | | 03/02/2023 | 7,814.62 |
| 02/14/2023 | Invoice | W7OO2S CP 55 | | 02/14/2023 | 3,000.00 |
| 02/15/2023 | Invoice | W7OO2S CP 56 | | 02/15/2023 | 3,000.00 |
| 02/15/2023 | Invoice | W7OO2S CP 57 | | 02/15/2023 | 1,500.00 |
| 02/16/2023 | Invoice | W7OO2S CP 58 | | 02/16/2023 | 1,500.00 |
| 02/27/2023 | Invoice | HBTWSZ CP 59 | | 02/27/2023 | 3,000.00 |
| 02/28/2023 | Invoice | HBTWSZ CP 61 | | 02/28/2023 | 3,000.00 |
| 02/28/2023 | Invoice | February 2023 22 | | 03/30/2023 | 10,417.37 |
| 03/01/2023 | Invoice | HBTWSZ CP 61 | | 03/31/2023 | 3,000.00 |
| 03/01/2023 | Invoice | HBTWSZ CP 62 | | 03/31/2023 | 3,000.00 |
| 03/01/2023 | Invoice | HBTWSZ CP 63 | | 03/31/2023 | 1,500.00 |
| 03/01/2023 | Invoice | HBTWSZ CP 64 | | 03/31/2023 | 1,500.00 |
| 03/08/2023 | Invoice | 969JTU CP 65 | | 03/08/2023 | 3,000.00 |
| 03/09/2023 | Invoice | 969JTU CP 66 | | 03/09/2023 | 3,000.00 |
| 03/10/2023 | Invoice | 969JTU CP 67 | | 03/10/2023 | 1,500.00 |
| 03/10/2023 | Invoice | 969JTU CP 68 | | 03/10/2023 | 1,500.00 |
| 03/11/2023 | Invoice | DGL32Z CP 69 | | 03/11/2023 | 3,000.00 |
| 03/12/2023 | Invoice | DGL32Z CP 70 | | 03/12/2023 | 3,000.00 |
| 03/31/2023 | Invoice | March 2023 27 | | 04/30/2023 | 6,912.08 |
| 03/31/2023 | Invoice | March 2023 33 | Tailwind Management | 04/30/2023 | 3,277.42 |

| | | | | | |
|---|---|---|---|---|---:|
| | 06/30/2023 | Invoice | June 2023 25 | | 07/30/2023 | 10,147.02 |
| **Total for USA Upstar, LLC** | | | | | **$162,168.35** |
| VanSolkema Produce | | | | | |
| | 02/28/2023 | Invoice | HBTWSZ  CP  63 | | 03/30/2023 | 10,278.14 |
| **Total for VanSolkema Produce** | | | | | **$10,278.14** |
| ZRS7 | | | | | |
| | 11/30/2022 | Invoice | November 2022 04 | | 12/30/2022 | 14,640.64 |
| | 11/30/2022 | Invoice | January 2023 27 | Tailwind Management | 12/30/2022 | 30,531.83 |
| | 12/31/2022 | Invoice | December 2022 33 | Tailwind Management | 01/30/2023 | 122,938.03 |
| | 01/31/2023 | Invoice | January 2023 19 | | 03/02/2023 | 41,268.62 |
| | 02/28/2023 | Invoice | February 2023 10 | Tailwind Management | 03/30/2023 | 12,100.54 |
| | 03/31/2023 | Invoice | March 2023 09 | Tailwind Management | 04/30/2023 | 48,826.85 |
| | 04/30/2023 | Invoice | April 2023 09 | Tailwind Management | 05/30/2023 | 20,848.19 |
| | 05/31/2023 | Invoice | May 2023 12 | Tailwind Management | 06/30/2023 | 4,488.21 |
| | 06/30/2023 | Invoice | June 2023 10 | | 07/30/2023 | 99,989.36 |
| | 08/31/2023 | Invoice | August 23 05 | | 09/30/2023 | 5,250.00 |
| | 09/30/2023 | Invoice | Sept 10 23 10 | | 10/30/2023 | 26,500.10 |
| | 11/21/2023 | Invoice | Oct 2023 15 | | 12/21/2023 | 1,350.00 |
| | 11/30/2023 | Invoice | Nov 23 7 | | 12/30/2023 | 81.28 |
| | 12/01/2023 | Invoice | HO18FZ | | 12/31/2023 | -99,827.53 |
| | 12/31/2023 | Invoice | A0O15ZF | | 01/30/2024 | 40,657.21 |
| | 12/31/2023 | Invoice | Feb 24 16 | | 01/30/2024 | -16,806.05 |
| | 03/20/2024 | Invoice | IC92TC | | 04/19/2024 | 419.00 |
| | 05/31/2024 | Invoice | MCTWT1 CP 18 | | 06/30/2024 | -4,527.20 |
| **Total for ZRS7** | | | | | **$348,729.08** |
| | **TOTAL** | | | | **$1,470,496.05** |
| | | | | Unidentified Deposit | -1,300.00 |
| | | | | | **$1,469,196.05** |

**Fill in this information to identify the case:**

Debtor name  Tailwind Air Service, LLC

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Citizens Bank<br>Creditor's Name<br><br>One Citizens Plaza<br>Providence, RI 02903<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Blanket Lien on all assets.<br><br><br>**Describe the lien**<br>Non-Purchase Money Security<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $80,416.16 | $0.00 |
| **2.2** Jim Hunt<br>Creditor's Name<br><br>2026 Franklin Avenue<br>Mc Lean, VA 22101<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>2024-2025<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Blanket Lien on all assets.<br><br><br>**Describe the lien**<br>Non-Purchase Money Security<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $455,946.32 | $0.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Tailwind Air Service, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | US Small Business Administration | Describe debtor's property that is subject to a lien | $500,000.00 | $0.00 |

Creditor's Name

Processing and
Disbursement Center
14925 Kingsport Road
Fort Worth, TX 76155

Creditor's mailing address

Blanket Lien on all assets.

**Describe the lien**

Non-Purchase Money Security

**Is the creditor an insider or related party?**

☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2024

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,036,362.48 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Tailwind Air Service, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Department of the Treasury<br>Internal Revenue Service<br>Federal Excise Tax<br>Ogden, UT 84201-0009 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $64,437.00 | $0.00 |
| Date or dates debt was incurred<br>2023-2024 | Basis for the claim:<br>Federal Excise Tax | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>1215 N Main Street Owner LLC<br>c/o Jeremy Rednick<br>320 Westchester Ave.<br>Port Chester, NY 10573 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,031.32 |
| Date(s) debt was incurred _2024_<br>Last 4 digits of account number _ | Basis for the claim: _Trade Account_<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>Alan Ram<br>2033 Stephanie Marie Dr.<br>Falls Church, VA 22043 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,890,781.66 |
| Date(s) debt was incurred _2024-2025_<br>Last 4 digits of account number _ | Basis for the claim: _Business loan_<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Tailwind Air Service, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address
Alliance Aviation Group
76 Westminster St. Suite 400
Providence, RI 02903

**Date(s) debt was incurred** 2024
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Flight Deposits

Is the claim subject to offset? ☒ No ☐ Yes

$30,775.00

---

**3.4** | Nonpriority creditor's name and mailing address
Alpha One Flight Services
246 South Meadow Road
Plymouth, MA 02360

**Date(s) debt was incurred** 2023-2024
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

$19,222.50

---

**3.5** | Nonpriority creditor's name and mailing address
American Express
P.O. Box 1270
Newark, NJ 07101-1270

**Date(s) debt was incurred** 2024
**Last 4 digits of account number** 4002

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card purchases

Is the claim subject to offset? ☒ No ☐ Yes

$228,680.44

---

**3.6** | Nonpriority creditor's name and mailing address
American Express
P.O. Box 1270
Newark, NJ 07101-1270

**Date(s) debt was incurred** 2022-2023
**Last 4 digits of account number** 1002

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card purchases

Is the claim subject to offset? ☒ No ☐ Yes

$60,304.20

---

**3.7** | Nonpriority creditor's name and mailing address
Berry Creative
18 South Main Street
2nd Floor
Norwalk, CT 06854

**Date(s) debt was incurred** 2023
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

$12,893.91

---

**3.8** | Nonpriority creditor's name and mailing address
Blackthorn Law Group, LLP
1725 I ST NW STE 300
Washington, DC 20006

**Date(s) debt was incurred** 2022-2023
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ☒ No ☐ Yes

$9,778.20

---

**3.9** | Nonpriority creditor's name and mailing address
Bluesky Jets
500 S. Australian Ave. STE. 900
West Palm Beach, FL 33401

**Date(s) debt was incurred** 2024
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Flight Deposits

Is the claim subject to offset? ☒ No ☐ Yes

$25,000.00

---

**3.10** | Nonpriority creditor's name and mailing address
Boston Launch Company LLC
1 8th St
Charlestown, MA 02129

**Date(s) debt was incurred** 2023
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

$49,999.98

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Tailwind Air Service, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.11** | **Nonpriority creditor's name and mailing address**
Cabin Crafters Inc
50 Louis Street
South Hackensack, NJ 07606

**Date(s) debt was incurred** 2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

**$15,406.94**

---

**3.12** | **Nonpriority creditor's name and mailing address**
CAK Landing Fee
5400 Laudby Rd, Suite 9
North Canton, OH 44720

**Date(s) debt was incurred** 2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

**$15.00**

---

**3.13** | **Nonpriority creditor's name and mailing address**
COGENCYGLOBAL
10 East 40th Street
New York, NY 10016

**Date(s) debt was incurred** 2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

**$219.00**

---

**3.14** | **Nonpriority creditor's name and mailing address**
Columbia Air Services, Inc
175 Tower Avenue
Groton, CT 06340

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

**$4,313.58**

---

**3.15** | **Nonpriority creditor's name and mailing address**
D & Y Finest Detailing Inc
2 Hangar Rd
West Harrison, NY 10604

**Date(s) debt was incurred** 2022

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

**$27,700.00**

---

**3.16** | **Nonpriority creditor's name and mailing address**
Delaware Secretary of State
401 Federal St., Suite 3
Dover, DE 19901

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

**$600.00**

---

**3.17** | **Nonpriority creditor's name and mailing address**
Direct MX Aviation
14700 N Airport Dr Ste 106A
Scottsdale, AZ 85260

**Date(s) debt was incurred** 2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

**$1,132.91**

---

**3.18** | **Nonpriority creditor's name and mailing address**
DM Airports, LTD - Inactive
8 Airport Road
Morristown, NJ 07960

**Date(s) debt was incurred** 2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

**$130.00**

---

| Debtor | Tailwind Air Service, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,345.36**

Duncan Aviation
P.O. Box 956153
Saint Louis, MO 63195-6153

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,031.25**

Embark Aviation
20 F St NW
7th Floor
Washington, DC 20001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,062.50**

Embark Aviation CO
301 South Howes Street
Fort Collins, CO 80522

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,810.11**

Endurance American Insurance
11 COVINGTON RD
Yonkers, NY 10710

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Flight Deposits_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,600.00**

Fly Jet 1
C/O Coleman Yovanoich Koester
4001 Tamiami Trail North, Suite 300
Naples, FL 34103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Flight Deposits_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42,450.56**

Fullling Mill, LLC
C/O Coviello, Weber, Dahill LLP
707 Westchester Ave., Suite 300
West Harrison, NY 10604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Management Deposit_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38,439.21**

Gogo Business Aviation LLC
105 Edgeview Dr Ste 300
Broomfield, CO 80021-8016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022-2024_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,341.70**

Hypnotic Lease Holdings
71 Hudson Street, 6th Floor
New York, NY 10013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Flight Deposits_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Tailwind Air Service, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address**
Inline Aviation Group, LLC
184 Airport Road
West Harrison, NY 10604

Date(s) debt was incurred  2022-2024

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Account

Is the claim subject to offset?   ☒ No   ☐ Yes

$213,125.88

---

**3.28** | **Nonpriority creditor's name and mailing address**
JB Design, LLC
18 South Main Street
2nd Floor
Norwalk, CT 06854

Date(s) debt was incurred  2022

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Account

Is the claim subject to offset?   ☒ No   ☐ Yes

$3,075.90

---

**3.29** | **Nonpriority creditor's name and mailing address**
Jet Fast Enterprises LLC
P.O. Box 328
Florham Park, NJ 07932

Date(s) debt was incurred  2023

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Account

Is the claim subject to offset?   ☒ No   ☐ Yes

$2,200.00

---

**3.30** | **Nonpriority creditor's name and mailing address**
Jetex
125 N Main Street 201
Port Chester, NY 10573

Date(s) debt was incurred  2024

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Account

Is the claim subject to offset?   ☒ No   ☐ Yes

$11,967.43

---

**3.31** | **Nonpriority creditor's name and mailing address**
Jim Hunt
2026 Franklin Avenue
Mc Lean, VA 22101

Date(s) debt was incurred  2024-2025

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business loans

Is the claim subject to offset?   ☒ No   ☐ Yes

$126,798.19

---

**3.32** | **Nonpriority creditor's name and mailing address**
JLA Equipment, LLC
C/O Seelig, Dressler, Ochani, LLC
190 Jericho Tpke
Mineola, NY 11501

Date(s) debt was incurred  2024

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Management Deposits

Is the claim subject to offset?   ☒ No   ☐ Yes

$59,428.89

---

**3.33** | **Nonpriority creditor's name and mailing address**
Johnny Burke Catering Events
164 Spring Street
West Roxbury, MA 02132

Date(s) debt was incurred  2022

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Account

Is the claim subject to offset?   ☒ No   ☐ Yes

$3,078.92

---

**3.34** | **Nonpriority creditor's name and mailing address**
Lydon Fetterolf Corydon
9401 Key West Avenue
Rockville, MD 20850

Date(s) debt was incurred  2021-2024

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset?   ☒ No   ☐ Yes

$260,388.00

---

Debtor    Tailwind Air Service, LLC
_____
         Name                                              Case number (if known) _____

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,613.85 |

MACLAB Development Group
Attn: Janelle Brenner
10104 103 Avenue NW, Suite #1005
Edmonton, Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Flight Deposits_

**Last 4 digits of account number** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,278.37 |

Maple Aviation
170 East End Ave., Apt. 15C
New York, NY 10218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Management Deposits_

**Last 4 digits of account number** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.00 |

Master AV LLC
81 Kenosia Ave
Danbury, CT 06810

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |

McLaren Boston
22 Pond St
Norwell, MA 02061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,475.00 |

MHW
McCABE HEIDRICH & WONG, P.C.
4 GATEHALL DRIVE
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Flight Deposits_

**Last 4 digits of account number** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.01 |

New York State Department of Transport.
7150 Republic Airport Room 216
Farmingdale, NY 11735

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,167.08 |

NYS Unemployment Insurance
PO Box 4301
Binghamton, NY 13902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |

Oakland County Michigan Airports
6500 Patterson Parkway
Waterford, MI 48327

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Tailwind Air Service, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,150.00 |
|---|---|---|---|

Odyssey Aviation Services
1122 Elm Street
Bethlehem, PA 18018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018

**Basis for the claim:** Trade Account

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $791,000.00 |
|---|---|---|---|

Owl Creek Investments III, LLC
640 Fifth Avenue
20th Floor
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023-2024

**Basis for the claim:** Trade Account

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15.00 |
|---|---|---|---|

Palm Beach Aircraft Services, Inc
2633 Lantana Road
Hangar 408, Suite 41
Lake Worth, FL 33462

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022

**Basis for the claim:** Trade Account

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23,533.00 |
|---|---|---|---|

Phelps Berkeley LLC
C/O Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Flight Deposits

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,750.00 |
|---|---|---|---|

Rep Air Aviation
100 Southeast 2nd Street
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023

**Basis for the claim:** Trade Account

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $400.00 |
|---|---|---|---|

Sag Harbor Moorings, LLC
149 Marys Ln
Southampton, NY 11968

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023

**Basis for the claim:** Trade Account

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,753.75 |
|---|---|---|---|

Salesforce, Inc
P.O. Box 203141
Dallas, TX 75320-3141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023-2024

**Basis for the claim:** Trade Account

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No ☐ Yes

Debtor    Tailwind Air Service, LLC
_____         Case number (if known) _____
          Name

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,055.00 |
|------|------|------|------|

Sichenzia Ross Ference LLP
1185 Avenue of the Americas
37th Floor
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $64.00 |
|------|------|------|------|

Sky Acres Enterprises Inc
30 Airway Drive, Suite 1
Lagrangeville, NY 12540

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,295.00 |
|------|------|------|------|

Skyview Aircraft Services Corp.
184 Airport Road
West Harrison, NY 10604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250.00 |
|------|------|------|------|

Sound Aircraft Services, Inc
P.O. Box 19
Wainscott, NY 11975

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,610.83 |
|------|------|------|------|

Sovereign Atlantic Management Agency
11472 NW 45ST
Miami, FL 33161

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,516.22 |
|------|------|------|------|

StandardAero Atlantic USA, Inc
600 East Dallas Road
Grapevine, TX 76051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $24,613.85 |
|------|------|------|------|

T. Larocha
105 Old Long Ridge Road
Stamford, CT 06903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Flight Deposits_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $46,924.30 |
|------|------|------|------|

TBM700 PV, LLC
31 Rockwood Lane
Greenwich, CT 06830

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Management Deposits_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| Debtor | Tailwind Air Service, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.58**

**Nonpriority creditor's name and mailing address**
TBM940, LLC
47 Round Hill?Road
Greenwich, CT 06831

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Flight Deposits

Is the claim subject to offset? ☒ No ☐ Yes

$29,867.73

---

**3.59**

**Nonpriority creditor's name and mailing address**
The Hartford
Po Box 660916
Dallas, TX 75266

**Date(s) debt was incurred** 2023

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

$35.00

---

**3.60**

**Nonpriority creditor's name and mailing address**
The Port Authority of NY & NJ
LBX #1523
PO Box 95000
Philadelphia, PA 19195-1523

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

$1,359.52

---

**3.61**

**Nonpriority creditor's name and mailing address**
Truist Visa
214 North Tryon Street
Charlotte, NC 28202

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card purchases

Is the claim subject to offset? ☒ No ☐ Yes

$16,790.72

---

**3.62**

**Nonpriority creditor's name and mailing address**
US Aerial Services, Inc
675 Henry DeCinque Blvd, Hangar 5
Woodbine, NJ 08270

**Date(s) debt was incurred** 2022-2024

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

$65,313.20

---

**3.63**

**Nonpriority creditor's name and mailing address**
Vector - ASPEN
BOX 787061
Philadelphia, PA 19178-7061

**Date(s) debt was incurred** 2023

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

$957.95

---

**3.64**

**Nonpriority creditor's name and mailing address**
Vector - Provincetown Municipal Airport
Box 787061
Philadelphia, PA 19178

**Date(s) debt was incurred** 2023

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

$1,800.00

---

**3.65**

**Nonpriority creditor's name and mailing address**
Vector East Hampton
PO Box 787061
Philadelphia, PA 19178-7061

**Date(s) debt was incurred** 2023

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

$22,350.00

---

| Debtor | Tailwind Air Service, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $412.50 |
|---|---|---|---|

Vector Long Island MacArthur Airport
PO Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $168.00 |
|---|---|---|---|

Vector Martha's Vineyard Airport
P.O. Box 787061
Philadelphia, PA 19178-7061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2021-2024_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $330.48 |
|---|---|---|---|

VECTOR-MASSPORT
BOX 787061
19178-7061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023-2024_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $37.08 |
|---|---|---|---|

Vector-Provo Municipal Airport
Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $60.80 |
|---|---|---|---|

Vector-Sonoma County Airport
P.O. Box 787061
Philadelphia, PA 19178-7061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $162,266.66 |
|---|---|---|---|

Wen Barker
36 Barton Lane
Cos Cob, CT 06807

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Business loan_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $103,361.42 |
|---|---|---|---|

West Star Aviation
2 Airline Court
East Alton, IL 62024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023-2024_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $159,972.37 |
|---|---|---|---|

Wilson, Kenneth
22795 Valley Preserve Court
Ashburn, VA 20148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2020-2024_

**Basis for the claim:** _Business Loan_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

| Debtor | Tailwind Air Service, LLC | Case number (if known) | |
|--------|---------------------------|------------------------|--|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|--------------------------------------------------------------------------|-----------------------------------------|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|--|--|--|------------------------|
| **5a. Total claims from Part 1** | 5a. | $ | 64,437.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 4,867,498.23 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,931,935.23 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Tailwind Air Service, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF VIRGINIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Tailwind Air Service, LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF VIRGINIA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  Alan Ram | 2033 Stephanie Marie Dr. Falls Church, VA 22043 | US Small Business Administration | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.2  Alan Ram | 2033 Stephanie Marie Drive Falls Church, VA 22043 | Citizens Bank | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.3  Jim Hunt | 2026 Franklin Avenue Mc Lean, VA 22101 | US Small Business Administration | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _Tailwind Air Service, LLC_

United States Bankruptcy Court for the: _EASTERN DISTRICT OF VIRGINIA_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | For prior year:<br>From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br><br>☐ Other _____ | $0.00 |
   | For year before that:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other _____ | $924,000.00 |
   | For the fiscal year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other _____ | $14,275,031.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Debtor    Tailwind Air Service, LLC _____    Case number *(if known)* _____

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Jim Hunt<br>2026 Franklin Avenue<br>Mc Lean, VA 22101<br>Minority shareholder | February<br>2025 | $455,946.32 | Grant of security interest for loan made to payoff prior secured loan ofM&T Bank |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Berry Creative LLC v Tailwind Air LLC and Tailwind Air Service LLC d/b/a Tailwind Virginia LLC<br>55463/2024 | Civil | Supreme Court of the State of New York, County of Westchester<br>111 Dr Martin Luther King Jr. Blvd<br><br>White Plains, NY 10601 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  Jet 1 Charter Inc v Tailwind Air LLC<br>11-2025-CC-000577-0001-01 | Civil | County Court of the 20th Judicial Circuit in and for Collier County Florida<br>3315 Tamiami Trail East<br>Naples, FL 34112 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  Roger Staples v Tailwind Air LLC<br>2024-51385 | Civil | Supreme Court of the State of New York, County of Duchess<br>10 Market Street<br><br>Poughkeepsie, NY 12601 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    Tailwind Air Service, LLC _____    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. JLA Equipment LLC v Tailwind Air LLC and Alan Ram as CEO of Tailwind Air LLC<br>457-2024-SC-00356 | Civil | Supreme Court of the State of New York, County of Westchester<br>111 Dr Martin Luther King Jr Blvd<br>White Plains, NY 10601 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. Thomas Boucher v Tailwind Air Service, LLC<br>457-2024-SC00356 | Civil | State of New Hampshire, 9th Circuit, District Division<br>4 Baboosic Lake Rd | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. World Fuel v. Tailwinds Air Service, LLC, et al.<br>CL2025-007510 | Civil | Fairfax County Circuit Court<br>4110 Chain Bridge Road<br>Fairfax, VA 22030 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Tailwind Air Service, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kevin M. O'Donnell 300 N. Washington Street Suite 604 Alexandria, VA 22314 | | 01/14/26 | $4,868.75 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Jim Hunt 2026 Franklin Avenue Mc Lean, VA 22101 | Grant of security interest for loan made to payoff prior secured loan of M&T Bank | February 2025 | $455,946.32 |
| | **Relationship to debtor** Minority shareholder | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. 125 Main Street, Suite 201 Port Chester, NY 10573 | June 1, 2022 to June 1, 2024 |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Tailwind Air Service, LLC _____    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | M&T Trust Company One Fountain Plaza Buffalo, NY 14203 | **XXXX**-3767 | ☒ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 01/14/2025 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:    Details About Environment Information

| Debtor | Tailwind Air Service, LLC | Case number *(if known)* | |
|---|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. Tailwind Air, LLC 2033 Stephanie Marie Dr Falls Church, VA 22043 | Charter contracting entity | **EIN:** 81-3295400 **From-To** 2012-2024 |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. Lydon, Fetterolf, and Corydon, LLP 9401 Key West Avenue Rockville, MD 20850 | 2014-2025 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Debtor | Tailwind Air Service, LLC | Case number *(if known)* | |

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Alan Ram<br>2033 Stephanie Marie Drive<br>Falls Church, VA 22043 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   M&T Trust Company<br>One Foundation Plaza<br>14203 |
| 26d.2.   Citizens Bank<br>100 N Main St<br>Providence, RI 02903 |
| 26d.3.   Brookfield Aviation Finance<br>122 High Street<br>Epsom KT 19 8YX, UK |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alan Ram | 2033 Stephanie Marie Dr<br>Falls Church, VA 22043 | Manager and CEO | 41%, Class B |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Siegel | 147 Berrian Road<br>Stamford, CT 06905 | Executive Vice President | 7%, Class B |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Wensley Barker | 36 Barton Lane<br><br>Cos Cob, CT 06807 | Executive Vice President | 6%, Class B |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Peter Manice | 1349 Lexington Ave<br>New York, NY 10128 | Executive Vice President | 8%, Class B |

Debtor    Tailwind Air Service, LLC _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| Designee of Clann Equity (Vacant) | 2417 E Skelly Road Tulsa, OK 74105 | Executive at Large | 7%, Class B |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|------------------------------|------------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|
| Tailwind Air Service, LLC | **EIN:**  46-1188210 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___January 15, 2026___

/s/  Alan Ram _____        Alan Ram _____
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   Manager _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Virginia

In re   Tailwind Air Service, LLC

                                     Debtor(s)

Case No. _____

Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept and received a retainer of.................................  $        25,000.00

The undersigned shall bill against the retainer at an hourly rate of.....................................  $        475.00

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

☒ Debtor    ☐ Other *(specify)*

3.    The source of compensation to be paid to me is:

☒ Debtor    ☐ Other *(specify)*

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Other provisions as needed:
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

January 15, 2026
*Date*

/s/ Kevin ODonnell
Kevin ODonnell
*Signature of Attorney*

Henry and ODonnell PC
*Name of Law Firm*
300 N Washington Street Suite 604
Alexandria, VA 22314
(703) 861-2662   Fax:

## United States Bankruptcy Court
### Eastern District of Virginia

In re  Tailwind Air Service, LLC

Case No.

Debtor(s)

Chapter  11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Adam DeSesa<br>3503 Siderwheel Dr<br>Rockledge, FL 32955 | B | 25,907 | Common |
| Alan Ram<br>2033 Stephanie Marie Dr<br>Falls Church, VA 22043 | B | 1,217,563 | Common |
| Alan Ram | A | 50,251 | Preferred |
| Argyle Road Holdings, LLC<br>14 Highpoint Road<br>East Hampton, NY 11937 | B | 17,986 | Common |
| Brian J DeSesa<br>PO Box 52<br>Sag Harbor, NY 11963 | B | 25,907 | Common |
| Clann Enterprises, LLC<br>2417 E Skelly Rd<br>Tulsa, OK 74105 | B | 192,664 | Common |
| Dan Litchfield<br>29 Prince St<br>Apt 2<br>New York, NY 10012 | A | 36,232 | Preferred |
| Dave Ulrich<br>12 Boulder Rd<br>Rye, NY 10580 | B | 35,971 | Common |
| Frank Sica<br>19700 Beach Road<br>#8N<br>Jupiter, FL 33469 | B | 51,813 | Common |
| Gabriela Salas<br>15 George St<br>Watertown, MA 02472 | B | 1,161 | Common |
| GSSR Investment<br>580 E Carmel Dr<br>100<br>Carmel, IN 46032 | B | 48,900 | Common |

Sheet 1 of 3 in List of Equity Security Holders

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:  Tailwind Air Service, LLC                                        Case No. _____
_____
                                      Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| HSSD Family<br>518 Iron Wood Trail<br>Chattanooga, TN 37421 | B | 12,225 | Common |
| James Hunt Revocable Trust<br>1973 Massachusetts Ave<br>Mc Lean, VA 22101 | B | 84,368 | Common |
| James Hunt Revocable Trust | A | 50,251 | Common |
| John Hankinson<br>2026 Rivershore Road<br>Elizabeth City, NC 27909 | B | 14,400 | Common |
| Kenneth Wilson<br>22795 Valley Preserve Court<br>Ashburn, VA 20148 | B | 165,485 | Common |
| Kenneth Wilson | A | 50,251 | Preferred |
| KNJM Family<br>1504 N Park Ave<br>Winter Park, FL 32789 | B | 12,225 | Common |
| Maria Pettit<br>4505 Callaway Dr<br>Rapid City, SD 57703 | B | 14,000 | Common |
| Mehmood A Khan<br>47 Round Hill Rd<br>Greenwich, CT 06831 | B | 43,178 | Common |
| Melissa Tomkiel<br>4 Meredith Pl<br>Bronxville, NY 10708 | B | 53,925 | Common |
| Michael Siegel<br>147 Berrian Rd<br>Stamford, CT 06905 | B | 198,127 | Common |
| Nitasha Khanna<br>10987 Preservation Point<br>Fishers, IN 46037 | B | 4,795 | Common |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re:  Tailwind Air Service, LLC _____     Case No. _____
                          _____
                             Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Peter Manice<br>1349 Lexington Ave<br>Apt 4E<br>New York, NY 10128 | B | 222,356 | Common |
| Shane Reynolds | B | 253,140 | Common |
| Sun Family IV LLC<br>5701 Progress Rd<br>Indianapolis, IN 46241 | B | 36,675 | Common |
| Todd Ulrich<br>124 W 60th St<br>46B<br>New York, NY 10023 | B | 35,971 | Common |
| Wensley Barker<br>100 Tresser Blvd<br>Apt 1026<br>Stamford, CT 06901 | B | 176,250 | Common |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   January 15, 2026 _____     Signature  /s/  Alan Ram _____
                                                            Alan Ram

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of Virginia

In re   Tailwind Air Service, LLC                                           Case No.

                                        Debtor(s)                          Chapter    11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I,  Alan Ram, declare under penalty of perjury that I am the Manager of  Tailwind Air Service, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said company at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that  Alan Ram, Manager of this company is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company and

Be It Further Resolved, that  Alan Ram, Manager of this company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that  Alan Ram, Manager of this company is authorized and directed to employ Kevin ODonnell , attorney and the law firm of Henry and ODonnell PC to represent the company in such bankruptcy case."

Date   November 17, 2025                                    Signed   /s/ Alan Ram

                                                                    Alan Ram

## Resolution of Board of Directors
### of
### Tailwind Air Service, LLC

Whereas, it is in the best interest of this limited liability company ("company") to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that  Alan Ram, Manager of this company is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company and

Be It Further Resolved, that  Alan Ram, Manager  of this company is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that  Alan Ram, Manager of this company is authorized and directed to employ Kevin ODonnell , attorney and the law firm of Henry and ODonnell PC to represent the company in such bankruptcy case.

Date   November 17, 2025 _____          Signed   /s/ Alan Ram _____

Date   November 17, 2025 _____          Signed   _____

1215 N Main Street Owner LLC
c/o Jeremy Rednick
320 Westchester Ave.
Port Chester, NY 10573


Alan Ram
2033 Stephanie Marie Dr.
Falls Church, VA 22043


Alan Ram
2033 Stephanie Marie Dr.
Falls Church, VA 22043


Alan Ram
2033 Stephanie Marie Drive
Falls Church, VA 22043


Alliance Aviation Group
76 Westminster St. Suite 400
Providence, RI 02903


Alpha One Flight Services
246 South Meadow Road
Plymouth, MA 02360


American Express
P.O. Box 1270
Newark, NJ 07101-1270


American Express
P.O. Box 1270
Newark, NJ 07101-1270


Berry Creative
18 South Main Street
2nd Floor
Norwalk, CT 06854


Blackthorn Law Group, LLP
1725 I ST NW STE 300
Washington, DC 20006


Bluesky Jets
500 S. Australian Ave. STE. 900
West Palm Beach, FL 33401


Boston Launch Company LLC
1 8th St
Charlestown, MA 02129


Cabin Crafters Inc
50 Louis Street
South Hackensack, NJ 07606

CAK Landing Fee
5400 Laudby Rd, Suite 9
North Canton, OH 44720


Citizens Bank
One Citizens Plaza
Providence, RI 02903


COGENCYGLOBAL
10 East 40th Street
New York, NY 10016


Columbia Air Services, Inc
175 Tower Avenue
Groton, CT 06340


D & Y Finest Detailing Inc
2 Hangar Rd
West Harrison, NY 10604


Delaware Secretary of State
401 Federal St., Suite 3
Dover, DE 19901


Department of the Treasury
Internal Revenue Service
Federal Excise Tax
Ogden, UT 84201-0009


Direct MX Aviation
14700 N Airport Dr Ste 106A
Scottsdale, AZ 85260


DM Airports, LTD - Inactive
8 Airport Road
Morristown, NJ 07960


Duncan Aviation
P.O. Box 956153
Saint Louis, MO 63195-6153


Embark Aviation
20 F St NW
7th Floor
Washington, DC 20001


Embark Aviation CO
301 South Howes Street
Fort Collins, CO 80522


Endurance American Insurance
11 COVINGTON RD
Yonkers, NY 10710

```
Fly Jet 1
C/O Coleman Yovanoich Koester
4001 Tamiami Trail North, Suite 300
Naples, FL 34103


Fullling Mill, LLC
C/O Coviello, Weber, Dahill LLP
707 Westchester Ave., Suite 300
West Harrison, NY 10604


Gogo Business Aviation LLC
105 Edgeview Dr Ste 300
Broomfield, CO 80021-8016


Hypnotic Lease Holdings
71 Hudson Street, 6th Floor
New York, NY 10013


Inline Aviation Group, LLC
184 Airport Road
West Harrison, NY 10604


JB Design, LLC
18 South Main Street
2nd Floor
Norwalk, CT 06854


Jet Fast Enterprises LLC
P.O. Box 328
Florham Park, NJ 07932


Jetex
125 N Main Street 201
Port Chester, NY 10573


Jim Hunt
2026 Franklin Avenue
Mc Lean, VA 22101


Jim Hunt
2026 Franklin Avenue
Mc Lean, VA 22101


Jim Hunt
2026 Franklin Avenue
Mc Lean, VA 22101


JLA Equipment, LLC
C/O Seelig, Dressler, Ochani, LLC
190 Jericho Tpke
Mineola, NY 11501


Johnny Burke Catering Events
164 Spring Street
West Roxbury, MA 02132
```

Lydon Fetterolf Corydon
9401 Key West Avenue
Rockville, MD 20850


MACLAB Development Group
Attn: Janelle Brenner
10104 103 Avenue NW, Suite #1005
Edmonton, Canada


Maple Aviation
170 East End Ave., Apt. 15C
New York, NY 10218


Master AV LLC
81 Kenosia Ave
Danbury, CT 06810


McLaren Boston
22 Pond St
Norwell, MA 02061


MHW
McCABE HEIDRICH & WONG, P.C.
4 GATEHALL DRIVE
Parsippany, NJ 07054


New York State Department of Transport.
7150 Republic Airport Room 216
Farmingdale, NY 11735


NYS Unemployment Insurance
PO Box 4301
Binghamton, NY 13902


Oakland County Michigan Airports
6500 Patterson Parkway
Waterford, MI 48327


Odyssey Aviation Services
1122 Elm Street
Bethlehem, PA 18018


Owl Creek Investments III, LLC
640 Fifth Avenue
20th Floor
New York, NY 10019


Palm Beach Aircraft Services, Inc
2633 Lantana Road
Hangar 408, Suite 41
Lake Worth, FL 33462


Phelps Berkeley LLC
C/O Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

Rep Air Aviation
100 Southeast 2nd Street
Miami, FL 33131


Sag Harbor Moorings, LLC
149 Marys Ln
Southampton, NY 11968


Salesforce, Inc
P.O. Box 203141
Dallas, TX 75320-3141


Sichenzia Ross Ference LLP
1185 Avenue of the Americas
37th Floor
New York, NY 10036


Sky Acres Enterprises Inc
30 Airway Drive, Suite 1
Lagrangeville, NY 12540


Skyview Aircraft Services Corp.
184 Airport Road
West Harrison, NY 10604


Sound Aircraft Services, Inc
P.O. Box 19
Wainscott, NY 11975


Sovereign Atlantic Management Agency
11472 NW 45ST
Miami, FL 33161


StandardAero Atlantic USA, Inc
600 East Dallas Road
Grapevine, TX 76051


T. Larocha
105 Old Long Ridge Road
Stamford, CT 06903


TBM700 PV, LLC
31 Rockwood Lane
Greenwich, CT 06830


TBM940, LLC
47 Round Hill Road
Greenwich, CT 06831


The Hartford
Po Box 660916
Dallas, TX 75266

The Port Authority of NY & NJ
LBX #1523
PO Box 95000
Philadelphia, PA 19195-1523


Truist Visa
214 North Tryon Street
Charlotte, NC 28202


US Aerial Services, Inc
675 Henry DeCinque Blvd, Hangar 5
Woodbine, NJ 08270


US Small Business Administration
Processing and Disbursement Center
14925 Kingsport Road
Fort Worth, TX 76155


Vector - ASPEN
BOX 787061
Philadelphia, PA 19178-7061


Vector - Provincetown Municipal Airport
Box 787061
Philadelphia, PA 19178


Vector East Hampton
PO Box 787061
Philadelphia, PA 19178-7061


Vector Long Island MacArthur Airport
PO Box 787061
Philadelphia, PA 19178


Vector Martha's Vineyard Airport
P.O. Box 787061
Philadelphia, PA 19178-7061


VECTOR-MASSPORT
BOX 787061
19178-7061


Vector-Provo Municipal Airport
Box 787061
Philadelphia, PA 19178


Vector-Sonoma County Airport
P.O. Box 787061
Philadelphia, PA 19178-7061


Wen Barker
36 Barton Lane
Cos Cob, CT 06807

West Star Aviation
2 Airline Court
East Alton, IL 62024


Wilson, Kenneth
22795 Valley Preserve Court
Ashburn, VA 20148

# United States Bankruptcy Court
## Eastern District of Virginia

In re   Tailwind Air Service, LLC                Case No. _____

                       Debtor(s)         Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Tailwind Air Service, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

January 15, 2026
_____
Date

/s/ Kevin ODonnell
_____
Kevin ODonnell
Signature of Attorney or Litigant
Counsel for   Tailwind Air Service, LLC
Henry and ODonnell PC
300 N Washington Street Suite 604
Alexandria, VA 22314
(703) 861-2662  Fax:
kmo@henrylaw.com